PLUM HOLLOW HUNTING
CLUB, INC., Petitioner

v.

Larry J. DILLMAN and Tina M. Dillman, his wife, Bonnie M. Miller, Widow, and Duaine A. Ramsey, Single, Respondents

No. 840 MAL 2016

Supreme Court of Pennsylvania.

May 9, 2017

## ORDER

PER CURIAM

**AND NOW,** this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**